# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2019

158146

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RUDY FRANK FABELA,
      Defendant-Appellant.

SC: 158146
COA: 337365
Allegan CC: 16-019935-FH

_____/

      On order of the Court, the application for leave to appeal the June 26, 2018 judgment of the Court of Appeals is considered. It appearing to this Court that the case of *People v Betts* (Docket No. 148981) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2019



t0722

Clerk